

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2022

No. 04-22-00084-CR

Julian **BAZAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR1157
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The trial court imposed sentence on October 17, 2019. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on November 18, 2019. Tex. R. App. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on December 2, 2019. TEX. R. APP. P. 26.3. Appellant did not file his notice of appeal until February 9, 2022.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id*. (citing Tex. R. App. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause on or before **March 14, 2022** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court